# Court of Appeals
# of the State of Georgia

ATLANTA,    March 02, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1081.  DEJUANN MOTT v. THE STATE.**

Dejuann Mott was convicted of armed robbery in March 2002 following a jury trial, and was sentenced to 20 years' imprisonment, serving ten.  On January 29, 2004, Mott filed pro se motions to vacate the sentence and to set aside the judgment, which were denied by the trial court on February 20, 2004.  On April 14, 2004, Mott filed a pro se notice of appeal, directed to the Supreme Court of Georgia, and stating that he was appealing the order entered "3-25-02."  The clerk of the court below transmitted the record to the Supreme Court of Georgia in November 2015.  The Supreme Court transferred the appeal to this Court finding no basis for subject matter jurisdiction.  However, we too lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Mott filed his notice of appeal over two years after entry of the order he seeks to appeal or any order entered below, it is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*‾‾‾‾03/02/2016‾‾‾‾

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ *, Clerk.*